STATE OF NEW JERSEY v. TONY H. SLOANE.

September 22, 1987.

Petition for certification granted. (See 217 *N.J.Super.* 417)

GERALDINE INGRAHAM v. THE TRAVELERS COMPANIES.

September 22, 1987.

Petition for certification granted. (See 217 *N.J.Super.* 126)